DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street; Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
ALVARO ADRIAN LAGOS MIERIES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ALVARO ADRIAN LAGOS MIERIES,<br>Defendant. | Case No. 1:24-cr-00265-KES-EPG-10<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING AND RE-SET DEADLINES FOR OBJECTIONS.<br><br>DATE: November 2, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Kirk E. Sherriff |

On June 30, 2026, Mr. Lagos Mieries pled guilty to counts one, five, and six of the pending indictment. A pre-sentence interview was conducted in a timely manner, but due to circumstances beyond their control, probation was unable to complete the draft PSR within the scheduled time. The draft was delivered to counsel three days late. Because Mr. Lagos Mieries is Spanish-speaking, defense counsel requires additional time to obtain an interpreter prior to scheduling an interview to review the draft with his client. As a result, defense counsel will not be able to complete the informal objections in a timely manner.

Therefore, IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in this matter currently scheduled for October 5, 2026, be continued to November 2, 2026. The parties further stipulate that the deadline for filing objections be reopened, and new dates set as follows:

| | |
|---|---|
| 10/5/2026: | Informal objections due |
| 10/13/2026: | Final PSR due |
| 10/19/2026: | Formal objections filed with the Court |
| 11/2/2026: | Judgment & Sentencing |

Counsel for the government and the assigned USPO have no objection to the proposed schedule.

IT IS SO SIPULATED:

ERIC GRANT
United States Attorney

DATED: 9/11/2026

/s/ Justin Gilio
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff

DATED: 9/11/26

/s/ Douglas Foster
DOUGLAS C. FOSTER
Law Offices of Douglas C. Foster
Attorney for Defendant
ALVARO LAGOS MIERIES

**ORDER**

The court has reviewed and considered the stipulation filed by the parties on September 11, 2026. For the reasons stated in the stipulation, the request to continue sentencing to November 2, 2026, at 9:30AM is GRANTED and dates are reset as discussed above.

IT IS SO ORDERED.

Dated: September 11, 2026

UNITED STATES DISTRICT JUDGE